No. _____

FILED
IN CLERK'S OFFICE

2004 JAN -7 A 10: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE

FEDERAL DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

SATRON PRIDGEN, PETITIONER

v.

PAUL VERDINI, SUPERINTENDENT AND THOMAS F. REILLY, ATTORNEY GENERAL, RESPONDENTS

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

   The Petitioner asks leave to file the attached Petition for a Writ of Habeas Corpus without prepayment of costs and to proceed *in forma pauperis*.

[ X ] Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

Worcester Superior Court, Worcester, Massachusetts

[  ] Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

Petitioner's affidavit of declaration in support of this motion is attached hereto.

                                   *Satron Pridgen*
                                   Satron Pridgen

AFFIDAVIT OR DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

   I, Satron Pridgen, am the petitioner in the above-entitled case. I am presently incarcerated in the Massachusetts Correctional Institution at Shirley, Massachusetts. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefore; and I believe I am entitled to redress; I further state that the issues which I desire to present to this Honorable Court are those raised by my court-appointed attorney, Frederic G. Bartmon, who was appointed to represent me on appeal by the Committee for Public Counsel Services in Boston, Massachusetts. Attorney Bartmon has informed me that he is representing me in his capacity as a court-appointed attorney for the purposes of filing this Petition for a Writ of Habeas Corpus.

   I swear that the responses to the following questions and instructions below relating to my inability to pay the docketing fee are true.

1.   Are you presently employed? *Institutional employment*

   a.   If "yes", state the amount of your salary and wages per month and give the name and address of your employer. *$42.00 per month*

   b.   If "no", state the date of your last employment and the amount of the salary and wages per month which you received.

   _____

   _____

   _____

2.   Within the last twelve (12) months, have you received any income from any source including, but not limited to self-employment, rent payments, interest, dividends, gifts, annuity payments, social security, disability compensation, workers' compensation, public assistance (such as welfare), or any other source? *$220.00 in 6 months from friends/family*

2

a.  If "yes", describe each source of income and state the amount received monthly from each source during the past twelve (12) months.

$220.00 PAST 6 months from Friends/family Amt. veries month to month
($330.00 PAST 12 months)

3. Do you own any case or have any checking or savings accounts? _____ If "yes", state the total cash owned by you and the average monthly balance in any checking or savings account.

N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (not including regular household furnishings and clothing)? If "yes", describe the property and state its approximate value.

N/A

5. List the name of any person who is dependent upon you for support and state your relationship to each person listed.

NONE

12-27-03
Date

Satron Pridgen
Satron Pridgen

3

STATEMENT IN LIEU OF NOTARIZATION

I declare under the pains and penalties of perjury that the foregoing is true and accurate.

__12-27 03__  
Date

__Satron Pridgen__  
Satron Pridgen

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date :    20031222 15:43

| Commit# | : | W67352 | | MCI SHIRLEY (MEDIUM) | | | Page :1 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Name | : | PRIDGEN, SATRON, , | | Statement From 20030601 | | | |
| Inst | : | MCI SHIRLEY (MEDIUM) | | To   20031222 | | | |
| Block | : | B 2 | | | | | |
| Cell/Bed | : | B /8T | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total Transaction before this Peri | $412.19 | $410.06 | $248.75 | $1.50 |
| 20030603 22:30 | CN - Canteen | 1188351 | | SHI | ~Canteen Date : 200306 | $0.00 | $0.57 | $0.00 | $0.00 |
| 20030606 13:36 | IC - Transfer from Inmate to Club A/c | 1213086 | | SHI | ~haircut -HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030610 16:22 | IS - Interest | 1225726 | | SHI | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20030610 16:22 | IS - Interest | 1225727 | | SHI | | $0.00 | $0.00 | $0.37 | $0.00 |
| 20030613 08:50 | VI - Visitation | 1259009 | | SHI | -Lil Peach 7864036068 -ASHE, CORRY ANNE, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20030617 22:30 | CN - Canteen | 1270756 | | SHI | ~Canteen Date : 200306 | $0.00 | $16.93 | $0.00 | $0.00 |
| 20030624 22:30 | CN - Canteen | 1299329 | | SHI | ~Canteen Date : 200306 | $0.00 | $5.50 | $0.00 | $0.00 |
| 20030701 22:30 | CN - Canteen | 1326256 | | SHI | ~Canteen Date : 200307 | $0.00 | $2.06 | $0.00 | $0.00 |
| 20030707 09:29 | VI - Visitation | 1346320 | | SHI | ~LIL PEACH#78840555630~ASHE CORRY ANNE, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20030708 22:30 | CN - Canteen | 1353599 | | SHI | ~Canteen Date : 200307 | $0.00 | $10.96 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1359561 | | SHI | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030709 16:11 | IS - Interest | 1359562 | | SHI | | $0.00 | $0.00 | $0.31 | $0.00 |
| 20030715 22:30 | CN - Canteen | 1398580 | | SHI | ~Canteen Date : 200307 | $0.00 | $4.90 | $0.00 | $0.00 |
| 20030721 09:13 | VI - Visitation | 1421350 | | SHI | -BROOKS#7690995755~ASH CORRY ANNE, , | $15.00 | $0.00 | $0.00 | $0.00 |
| 20030722 22:30 | CN - Canteen | 1428446 | | SHI | ~Canteen Date : 200307 | $0.00 | $16.94 | $0.00 | $0.00 |
| 20030725 12:47 | IC - Transfer from Inmate to Club A/c | 1447552 | | SHI | -HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030805 22:30 | CN - Canteen | 1484759 | | SHI | ~Canteen Date : 200308 | $0.00 | $5.79 | $0.00 | $0.00 |
| 20030807 15:30 | IS - Interest | 1502400 | | SHI | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030807 15:30 | IS - Interest | 1502401 | | SHI | | $0.00 | $0.00 | $0.32 | $0.00 |
| 20030815 14:22 | AT - Account Transfer | 1549112 | | SHI | -BIRTHDAY GIFT ~W67352 PRIDGEN,SATRON PERSONAL | $31.25 | $0.00 | $0.00 | $31.25 |
| 20030815 14:23 | EX - External Disbursement | 1549116 | 41682 | SHI | -BIRTHDAY GIFT -CELL SHOP | $0.00 | $31.25 | $0.00 | $0.00 |
| 20030820 10:15 | AT - Account Transfer | 1558776 | | SHI | -HAIRCUT-W67352 PRIDGEN, SATRON PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20030820 10:15 | IC - Transfer from Inmate to Club A/c | 1558778 | | SHI | ~HAIRCUT~HAIRCUT REVEN Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030820 22:30 | CN - Canteen | 1562845 | | SHI | ~Canteen Date : 200308 | $0.00 | $0.27 | $0.00 | $0.00 |
| 20030903 14:56 | CI - Transfer from Club to Inmate A/c | 1613922 | | SHI | -CANTEEN REFUND 8/19/03-W67352 PRIDGEN, SATRON PERSONAL-KEN WASH | $0.27 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20031222 15:43

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Commit# : | W67352 | | | | MCI SHIRLEY (MEDIUM) | | Page : 2 | |
| Name : | PRIDGEN, SATRON, , | | | | Statement From 20030601 | | | |
| Inst : | MCI SHIRLEY (MEDIUM) | | | | To   20031222 | | | |
| Block : | B 2 | | | | | | | |
| Cell/Bed : | 8 /8T | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ACCOUNT - 25 | | | | |
| 20030905 15:02 | AT - Account Transfer | 1629626 | | SHI | ~HAIRCUT~W67352 PRIDGEN,SATRON PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20030905 15:02 | IC - Transfer from Inmate to Club A/c | 1629627 | | SHI | ~HAIRCUT REVENUE - 23 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030909 22:31 | CN - Canteen | 1641401 | | SHI | ~Canteen Date : 200309 | $0.00 | $0.38 | $0.00 | $0.00 |
| 20030910 07:52 | IS - Interest | 1645586 | | SHI | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030910 07:52 | IS - Interest | 1645587 | | SHI | | $0.00 | $0.00 | $0.28 | $0.00 |
| 20030910 08:47 | ML - Mail | 1659128 | | SHI | ~Trav Exp 7397387151 ~PORCHER, MALISSA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20030915 09:30 | VI - Visitation | 1679408 | | SHI | ~Trav Exp 8736191052 ~JONES, TAWANNA, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20030917 08:46 | CN - Canteen | 1688084 | | SHI | ~Canteen Date : 200309 | $0.00 | $25.44 | $0.00 | $0.00 |
| 20030918 12:52 | IC - Transfer from Inmate to Club A/c | 1701345 | | SHI | ~HAIRCUT~HAIRCUT REVEN - 23 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20030923 22:30 | CN - Canteen | 1718035 | | SHI | ~Canteen Date : 200309 | $0.00 | $23.00 | $0.00 | $0.00 |
| 20030924 23:07 | PY - Payroll | 1728457 | | SHI | ~20030907 To 20030913 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20030924 23:07 | PY - Payroll | 1728458 | | SHI | ~20030907 To 20030913 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031001 23:06 | PY - Payroll | 1756904 | | SHI | ~20030914 To 20030920 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20031001 23:06 | PY - Payroll | 1756905 | | SHI | ~20030914 To 20030920 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031006 10:46 | ML - Mail | 1766638 | | SHI | ~POSTAL#91706597942~ME IN, TOMMY, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20031007 22:30 | CN - Canteen | 1773861 | | SHI | ~Canteen Date : 200310 | $0.00 | $4.91 | $0.00 | $0.00 |
| 20031008 16:56 | IS - Interest | 1781023 | | SHI | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20031008 16:56 | IS - Interest | 1781024 | | SHI | | $0.00 | $0.00 | $0.26 | $0.00 |
| 20031008 23:08 | PY - Payroll | 1801833 | | SHI | ~20030921 To 20030927 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20031008 23:08 | PY - Payroll | 1801834 | | SHI | ~20030921 To 20030927 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031014 22:30 | CN - Canteen | 1816836 | | SHI | ~Canteen Date : 200310 | $0.00 | $22.11 | $0.00 | $0.00 |
| 20031015 23:06 | PY - Payroll | 1829705 | | SHI | ~20030928 To 20031004 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20031015 23:06 | PY - Payroll | 1829706 | | SHI | ~20030928 To 20031004 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031021 22:30 | CN - Canteen | 1845461 | | SHI | ~Canteen Date : 200310 | $0.00 | $5.50 | $0.00 | $0.00 |
| 20031022 23:06 | PY - Payroll | 1858221 | | SHI | ~20031005 To 20031011 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20031022 23:06 | PY - Payroll | 1858222 | | SHI | ~20031005 To 20031011 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031023 07:48 | IC - Transfer from Inmate to | 1859697 | | SHI | ~10/21/03~MEDICAL CO-PAYMENT - 24 | $0.00 | $3.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20031222 15:43

| | | |
|---|---|---|
| Commit# : | W67352 | MCI SHIRLEY (MEDIUM)  Page : 3 |
| Name : | PRIDGEN, SATRON, , | Statement From 20030601 |
| Inst : | MCI SHIRLEY (MEDIUM) | To  20031222 |
| Block : | B 2 | |
| Cell/Bed : | 8 /8T | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | Club A/c | | | | | | | | |
| 20031028 22:30 | CN - Canteen | 1877143 | | SHI | ~Canteen Date : 200310 | $0.00 | $8.98 | $0.00 | $0.00 |
| 20031029 23:06 | PY - Payroll | 1886541 | | SHI | ~20031012 To 20031018 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20031029 23:06 | PY - Payroll | 1886542 | | SHI | ~20031012 To 20031018 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031105 23:06 | PY - Payroll | 1914851 | | SHI | ~20031019 To 20031025 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20031105 23:06 | PY - Payroll | 1914852 | | SHI | ~20031019 To 20031025 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031107 16:25 | IS - Interest | 1926141 | | SHI | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20031107 16:25 | IS - Interest | 1926142 | | SHI | | $0.00 | $0.00 | $0.30 | $0.00 |
| 20031110 08:50 | VI - Visitation | 1941083 | | SHI | ~LEOMINSTER CREDIT UNI 6616 ~ASHE, CORRY ANNE, , | $35.00 | $0.00 | $0.00 | $0.00 |
| 20031111 22:30 | CN - Canteen | 1946149 | | SHI | ~Canteen Date : 200311 | $0.00 | $21.20 | $0.00 | $0.00 |
| 20031112 23:06 | PY - Payroll | 1958598 | | SHI | ~20031026 To 20031101 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20031112 23:06 | PY - Payroll | 1958599 | | SHI | ~20031026 To 20031101 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031118 22:30 | CN - Canteen | 1977416 | | SHI | ~Canteen Date : 200311 | $0.00 | $18.42 | $0.00 | $0.00 |
| 20031119 23:06 | PY - Payroll | 1987909 | | SHI | ~20031102 To 20031108 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20031119 23:06 | PY - Payroll | 1987910 | | SHI | ~20031102 To 20031108 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031125 09:13 | IC - Transfer from Inmate to Club A/c | 2004301 | | SHI | ~HAIRCUT REVENUE - 23 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20031125 22:31 | CN - Canteen | 2009418 | | SHI | ~Canteen Date : 200311 | $0.00 | $14.21 | $0.00 | $0.00 |
| 20031126 23:06 | PY - Payroll | 2021138 | | SHI | ~20031109 To 20031115 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20031126 23:06 | PY - Payroll | 2021139 | | SHI | ~20031109 To 20031115 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031202 22:30 | CN - Canteen | 2031440 | | SHI | ~Canteen Date : 200312 | $0.00 | $5.04 | $0.00 | $0.00 |
| 20031203 23:06 | PY - Payroll | 2043680 | | SHI | ~20031116 To 20031122 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20031203 23:06 | PY - Payroll | 2043681 | | SHI | ~20031116 To 20031122 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031205 12:45 | AT - Account Transfer | 2052361 | | SHI | ~GIFTS-W67352 PRIDGEN, SATRON PERSONAL | $68.23 | $0.00 | $0.00 | $68.23 |
| 20031205 12:45 | EX - External Disbursement | 2052362 | 42758 | SHI | ~GIFTS-CELL SHOP | $0.00 | $68.23 | $0.00 | $0.00 |
| 20031208 09:40 | ML - Mail | 2054571 | | SHI | ~POSTAL# 91706607055~BEASLEY, MARY, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031208 14:28 | IC - Transfer from Inmate to Club A/c | 2056039 | | SHI | ~HAIRCUT REVENUE - 23 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20031209 13:38 | IS - Interest | 2062369 | | SHI | | $0.02 | $0.00 | $0.00 | $0.00 |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION

## Inmate Transaction Report

Date : 20031222 15:43

| Commit# : | W67352 | | | MCI SHIRLEY (MEDIUM) | Page : 4 |
| Name : | PRIDGEN, SATRON, , | | | Statement From 20030601 | |
| Inst : | MCI SHIRLEY (MEDIUM) | | | To  20031222 | |
| Block : | B 2 | | | | |
| Cell/Bed : | 8 /8T | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031209 13:38 | IS - Interest | 2063370 | | SHI | | $0.00 | $0.00 | $0.33 | $0.00 |
| 20031209 22:30 | CN - Canteen | 2077332 | | SHI | ~Canteen Date : 200312 | $0.00 | $9.69 | $0.00 | $0.00 |
| 20031210 23:06 | PY - Payroll | 2088891 | | SHI | ~20031124 To 20031129 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20031210 23:06 | PY - Payroll | 2088892 | | SHI | ~20031123 To 20031129 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031215 15:30 | IC - Transfer from Inmate to Club A/c | 2101884 | | SHI | ~PHOTO - Z13 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20031216 22:30 | CN - Canteen | 2107666 | | SHI | ~Canteen Date : 200312 | $0.00 | $22.99 | $0.00 | $0.00 |
| 20031217 23:06 | PY - Payroll | 2120303 | | SHI | ~20031130 To 20031206 | $5.25 | $0.00 | $0.00 | $0.00 |
| 20031217 23:06 | PY - Payroll | 2120304 | | SHI | ~20031130 To 20031206 | $0.00 | $0.00 | $5.25 | $0.00 |
| 20031218 15:11 | IC - Transfer from Inmate to Club A/c | 2124166 | | SHI | ~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20031222 09:10 | ML - Mail | 2134245 | | SHI | ~POSTAL# 91908881291-BEASLEY, MARY, , | $25.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $391.08 | $364.27 | $70.42 | $102.48 |

|  |  | Personal | Savings |
|---|---|---|---|
| | Balance as of ending date | $28.94 | $215.19 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $28.94 | $215.19 | $0.00 | $0.00 | $0.00 | $0.00 |