No. _____

# 04-10035-RWZ

FILED IN CLERK'S OFFICE

JN -7 A 9 46

DISTRICT COURT
DISTRICT OF MASS.

SCANNED
DATE: 1-7-04
BY: TOM

IN THE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MAGISTRATE JUDGE Alexander

SATRON PRIDGEN, PETITIONER

v.

PAUL VERDINI, SUPERINTENDENT, and THOMAS F. REILLY,
ATTORNEY GENERAL, RESPONDENTS

## PROOF OF SERVICE

I, Frederic G. Bartmon, do swear or declare that on this date, January 6, 2004, I have served the enclosed MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS and PETITION FOR A WRIT OF HABEAS CORPUS on the following parties, and on every other person required to be served, by depositing an envelope containing one copy of the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid:

For Respondents:

Office of Attorney General Thomas F. Reilly
One Ashburton Place, 20th Floor
Boston, MA  02108
(617) 727-2200

For the Commonwealth of Massachusetts:
Sandra Hautenen, A.D.A.
Office of the District Attorney
Courthouse, Room 220
Two Main Street
Worcester, Massachusetts 01608
(508) 798-0826


For Co-Defendant Toraino Pridgen:
Karen Elizabeth Morth, Esq.
67 Wall Street, Suite 2211
New York, New York 10005
(212) 804-5720

_____
Frederic G. Bartmon, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                                          NO. _____

SATRON PRIDGEN,
    Petitioner

    v.

Paul Verdini, Superintendent
And Thomas F. Reilly, Attorney
General,
    Respondents

**AFFIDAVIT OF FILING DATE**

I, Frederic G. Bartmon, hereby swear and affirm that I delivered one copy of the petitioner's Petition For A Writ of Habeas Corpus to the District Court by mailing it on January 6, 2004, first class mail, postage prepaid, to the Clerk's Office, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA  02210.

Sworn to under the pains and penalties of perjury this 6th day of January, 2004.

_____
Frederic G. Bartmon
BBO # 032490
Allison & Bartmon, LLP
69 South Pleasant Street
Amherst, MA 01002
(413) 253-9700