UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Satron Pridgen,
        Plaintiff,

v.                      Civil Action No. 04-10035-RWZ

Paul Verdini, et al.,
        Defendants.

### ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐     GRANTED.

☒     DENIED for the following reason(s):

        Petitioner has sufficient funds in his prison accounts to pay the $5 filing fee.

☒     It is FURTHER ORDERED that petitioner must pay the $5 filing fee within 42 days of the date of this Order, or this case will be dismissed without prejudice.

SO ORDERED.

_1/26/04_
DATE

_____
UNITED STATES DISTRICT JUDGE