UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SATRON PRIDGEN,
        Petitioner,

        v.

PAUL VERDINI,
        Respondent.

CIVIL ACTION

NO. 04-10035-RWZ

ORDER

On January 7, 2004, petitioner Satron Pridgen, an inmate at MCI-Shirley, submitted an application to proceed without prepayment of fees and a petition for a writ of habeas corpus under 28 U.S.C. § 2254.

Pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (1) Paul Verdini, Superintendent, Massachusetts Correctional Institution - Shirley, P.O. Box 1218, Shirley, MA 01464; AND (2) William J. Meade, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

It is further ordered that Respondent shall, within 50 (20) days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus.

SO ORDERED.

1/26/04
DATE

_____
UNITED STATES DISTRICT JUDGE