UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SATRON PRIDGEN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 04-10035-RWZ |
| PAUL VERDINI, | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-entitled matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

March 12, 2004

Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO#561669