UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATRON PRIDGEN,<br>Petitioner,<br><br>v.<br><br>PAUL VERDINI,<br>Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No. 04-10035-RWZ<br>)<br>)<br>)<br>) |

### RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST STATE COURT REMEDIES

The respondent, through counsel, moves to dismiss this petition seeking a writ of habeas corpus for failing to state a claim upon which relief can be granted. In support of his motion, the respondent states that the petitioner has presented this Court with a mixed petition, having failed to exhaust the claim contained in ground one of his petition. Because the petitioner has not yet provided the state's highest court with the first opportunity to pass on the merits of this claim, the petition should be dismissed. 28 U.S.C. § 2254(b)-(c). The respondent reserves the right to submit a memorandum raising additional defenses, if necessary.

In support of this motion, the respondent relies upon a memorandum of law, Answer, and Supplemental Answer filed with this Motion.

                                                Respectfully submitted,

                                                THOMAS F. REILLY
                                                ATTORNEY GENERAL

                                                /s/ Susanne Reardon
                                                Susanne G. Reardon, BBO No. 561669
                                                Assistant Attorney General
                                                Criminal Bureau
                                                One Ashburton Place
                                                Boston, Massachusetts 02108
Dated: March 12, 2004                   (617) 727-2200 ext. 2832

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the attached documents was served upon defendant's counsel, Frederic Bartmon, 69 South Pleasant Street, Suite 201, Amherst, MA 01002 by first class mail, postage pre-paid, on March 12, 2004.

                                                /s/ Susanne Reardon
                                                Susanne G. Reardon
                                                Assistant Attorney General