UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SATRON PRIDGEN,<br>Petitioner,<br><br>v.<br><br>PAUL VERDINI,<br>Respondent. | Civil Action No. 04-10035-RWZ |

### PETITIONER'S MOTION TO ENLARGE TIME TO FILE PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST STATE COURT REMEDIES

The petitioner, through counsel, respectfully requests that this Court allow him to enlarge the time to file the petitioner's opposition to respondent's Motion to Dismiss as the fourteen (14) day time period allowed for such filing has expired.

As reasons therefore, counsel states that due to change in office personnel resulting in an administrative error, the response was not filed within the time limit prescribed. Counsel requests the opportunity to remedy this error and file this opposition as soon as possible.

The petitioner's request to enlarge time has been discussed with Susanne G. Reardon, Assistant Attorney General, counsel for the respondent, on this date, and she does not oppose the petitioner's request.

Respectfully submitted,

SATRON PRIDGEN
PETITIONER

*[signature]*

Frederic G. Bartmon, Esquire
Attorney for Petitioner
BBO # 032490
ALLISON, ANGIER & BARTMON, LLP
69 South Pleasant Street, Suite 201
Amherst, MA  01002
(413) 253 – 9700

Dated: April 16, 2004

## CERTIFICATE OF SERVICE

I, Frederic G. Bartmon, hereby certify that true copy of the attached documents was served upon respondent's counsel, Susanne G Reardon, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA  02108 by first class mail, postage pre-paid, on April 16, 2004 and by fax to (617) 727-5755.

*[signature]*

Frederic G. Bartmon
Attorney for Petitioner