UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SATRON PRIDGEN
      Petitioner

V.

PAUL VERDINI ET AL
      Respondent

CIVIL ACTION

NO.  04CV10035-RWZ

### ORDER OF DISMISSAL

ZOBEL, D. J.

In accordance with the Court's Memorandum and Order dated  6/30/04  summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

7/1/04
Date

S/ Lisa A. Urso
Deputy Clerk

(2254 Dismissal Order.wpd - 12/98)   [odism.]