UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL -8 A 11: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

SATRON PRIDGEN,
    Petitioner,

v.   Civil Action No. 04-10035-RWZ

PAUL VERDINI,
    Respondent.

### NOTICE OF APPEAL

Now comes the Petitioner, through and by his attorney, and hereby gives notice that the Petitioner, Satron Pridgen, appeals to the United States Court of Appeals for the First Circuit from all opinions, rulings and judgments of the United States District Court for the First Circuit with respect to the Order of Dismissal dated July 1, 2004 on the above entitled matter.

Respectfully Submitted,

Frederick G. Bartmon, Esquire
BBO # 032490
ALLISON, ANGIER & BARTMON, LLP
69 South Pleasant Street, Suite 201
Amherst, MA 01002
(413) 253-9700

Linda L. Pisano, Esquire
BBO # 557018
ALLISON, ANGIER & BARTMON, LLP
69 South Pleasant Street, Suite 201
Amherst, MA 01002
(413) 253-9700

CERTIFICATE OF SERVICE

I, Linda L. Pisano, hereby certify that a true copy of the PETITIONER'S NOTICE OF APPEAL was served upon Susanne G. Reardon, Assistant Attorney General, Office of the Attorney General, One Ashburton Place, Boston, MA 02108 by first class mail, postage pre-paid, on July 7, 2004.

*[signature]*
Linda L. Pisano, Esquire