# United States Court of Appeals
## For the First Circuit

No. 04-1917
DC No. 04-10035

SATRON PRIDGEN,
Petitioner, Appellant,

v.

PAUL VERDINI, Superintendent,
Massachusetts Correctional Institute at Shirley,
Respondent, Appellee.

### ORDER OF COURT

**Entered: November 15, 2004**

Appellant's Affidavit to Accompany Motion for Leave to Proceed in Forma Pauperis, with attached prison trust account information, is construed as a motion to proceed on appeal in forma pauperis. We transmit the request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If petitioner-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:

Richard Cushing Donovan, Clerk

By: _____
Chief Deputy Clerk.

[Cert. cc: Hon. Rya W. Zobel and William Ruane, Acting Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Pridgen, Meade and Ms. Reardon]