# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

2004 NOV 12 P 2: 31

District Court No. *04-CV-*_____

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Appeal No. _____*04-1917*_____

**v.**

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: *SAtronBridgen* | Date: ____*10-13-04*_____ |

**My issues on appeal are:**

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 1148.00 | $ N/A | $ 100.- | $ N/A |
| Alimony | $ Ø | $ | $ Ø | $ |
| Child support | $ Ø | $ | $ Ø | $ |
| Retirement (such as social security, pensions, annuities, insurance | $ Ø | $ | $ Ø | $ |
| Disability (such as social security, insurance payments) | $ Ø | $ | $ Ø | $ |
| Unemployment payments | $ Ø | $ | $ Ø | $ |
| Public-assistance (such as welfare) | $ Ø | $ | $ Ø | $ |
| Other (specify): _____ | $ Ø | $ | $ Ø | $ |
| Total Monthly income: | $ 1148.00 | $ | $ 100.- | $ |

2.  **List your employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| INCARCERATED | Since | JANUARY 1999 | |
| | | | |
| | | | |

3.  **List your spouses's employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions)**

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A. | | | |
| | | | |
| | | | |

2

**4.** *How much cash do you and your spouse have?* $ _75.39_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**5.** *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| N/A | | N/A | | Make & year: N/A | |
| | | | | Model: | |
| | | | | Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: N/A | | N/A | | N/A | |
| Model: | | | | | |
| Registration#: | | | | | |

**6.** *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

**7.** *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| MARY BEASLEY | MOTHER | 52 |
| ELIEZER ORTIZ | FRIEND | 26 |
| JOSEPH Pridgen | FATHER | 55 |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included?   ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 25.— | $ |
| Clothing | $ 10.— | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 6.— | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ |
| Homeowner's or renter's | $ 0 | $ |
| Life | $ 0 | $ |
| Health | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Other: *Personal CARE Products.* | $ 40.— | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify):_____ | $ 0 | $ |
| Installment payments | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Credit card (name):_____ | $ 0 | $ |
| Department store (name):_____ | $ 0 | $ |
| Other:_____ | $ 0 | $ |

4

Alimony, maintenance, and support paid to others                         $ *6*          $ _____

Regular expenses for operations of business, profession,                 $ *6*          $ _____
    or farm (attach detailed statement)

Other (specify):_____              $ *6*          $ _____

                            **Total monthly expenses:**              $ *25.00*      $ _____

9. *Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
□ Yes   ☒ No                              If yes, describe on an attached sheet.

10. *Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?*  □ Yes  ☒ No

If yes, how much?  $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

11. *Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
□ Yes  ☒ No

If yes, how much?  $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I hAve been incarcerated since January 1999 on a 9 yr. to 10 yr. sentence.

13. State the address of your legal residence.       *(M.C.I. Shirley)*

PO- Box 1218

SHIRLEY MA- 01464-1218

Your daytime phone number: (_____) _INCARCERATED,_

Your age: 26          Your years of schooling: 10th grade

Your social security 1

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20041008 13:54

Commit# :        W67352

Name   :        PRIDGEN, SATRON, ,

Inst   :        MCI SHIRLEY (MEDIUM)

Block  :        (C-1)  NOT A-1

Cell/Bed :      20 /20T

2004 NOV 12 P 2: 31

Statement From    20040401
to  20040408

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Page :   1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | Total Transaction before this Period : | | $1,257.80 | $1,132.05 | $398.80 | $173.23 |
| 20040406 22:30 | CN - Canteen | 2621885 | | SHI | ~Canteen Date : 20040406 | $0.00 | $7.63 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2651560 | | SHI | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2651561 | | SHI | | $0.00 | $0.00 | $0.29 | $0.00 |
| 20040413 22:30 | CN - Canteen | 2667172 | | SHI | ~Canteen Date : 20040413 | $0.00 | $14.05 | $0.00 | $0.00 |
| 20040416 08:54 | VI - Visitation | 2685163 | | SHI | ~CVS# 7974406009~ASHE, CORRY ANNE, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040420 09:40 | VI - Visitation | 2691998 | | SHI | ~LEOMINSTER EMPLOYEES FED CREDIT UNION 7067 ~ASHE, CORRY ANNE, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040420 09:54 | ML - Mail | 2692107 | | SHI | ~POSTAL# 06625173734~BEASLEY, MARY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040420 22:30 | CN - Canteen | 2695096 | | SHI | ~Canteen Date : 20040420 | $0.00 | $34.89 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2705997 | | SHI | ~20040404 To 20040410 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2705998 | | SHI | ~20040404 To 20040410 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040426 09:29 | ML - Mail | 2716118 | | SHI | ~CAN'T READ NAME/ 1440 MINFORD PLACE #3 BX,NY 10460 WESTERB UNION 06-088881663 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040428 08:53 | ML - Mail | 2725084 | | SHI | ~POSTAL 06853340518 PO 014530 ~ORTIZ, ELIEZER, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040428 23:01 | PY - Payroll | 2734138 | | SHI | ~20040411 To 20040417 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040428 23:01 | PY - Payroll | 2734139 | | SHI | ~20040411 To 20040417 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040504 22:30 | CN - Canteen | 2753536 | | SHI | ~Canteen Date : 20040504 | $0.00 | $49.17 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2762968 | | SHI | ~20040418 To 20040424 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2762969 | | SHI | ~20040418 To 20040424 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040507 10:05 | EX - External Disbursement | 2770846 | 44449 | SHI | ~MOTHER'S DAY GIFT ~CELL SHOP | $0.00 | $34.23 | $0.00 | $0.00 |
| 20040507 10:05 | EX - External Disbursement | 2770852 | 44448 | SHI | ~TELEPHONE BILL ~CORRYANNE ASHE | $0.00 | $200.00 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2791640 | | SHI | ~20040425 To 20040501 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2791641 | | SHI | ~20040425 To 20040501 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2795937 | | SHI | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2795938 | | SHI | | $0.00 | $0.00 | $0.29 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2835342 | | SHI | ~20040502 To 20040508 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2835343 | | SHI | ~20040502 To 20040508 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040526 23:02 | PY - Payroll | 2864821 | | SHI | ~20040509 To 20040515 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040526 23:02 | PY - Payroll | 2864822 | | SHI | ~20040509 To 20040515 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040602 23:02 | PY - Payroll | 2888060 | | SHI | ~20040516 To 20040522 | $7.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :  20041008 13:54**

| | | | |
|---|---|---|---|
| Commit# : | W67352 | MCI SHIRLEY (MEDIUM) | Page :   2 |
| Name   : | PRIDGEN, SATRON, , | Statement From    20040401 | |
| Inst   : | MCI SHIRLEY (MEDIUM) | To    20041008 | |
| Block   : | C-1 | | |
| Cell/Bed : | 20 /20T | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040602 23:02 | PY - Payroll | 2888061 | | SHI | ~20040516 To 20040522 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040604 10:01 | ML - Mail | 2898846 | | SHI | ~POSTAL 06853413172 PO 014200 ~ORTIZ, ELIEZER, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040608 22:30 | CN - Canteen | 2912997 | | SHI | ~Canteen Date : 20040608 | $0.00 | $14.04 | $0.00 | $0.00 |
| 20040609 23:02 | PY - Payroll | 2920771 | | SHI | ~20040523 To 20040529 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040609 23:02 | PY - Payroll | 2920772 | | SHI | ~20040523 To 20040529 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2925752 | | SHI | | $0.15 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2925753 | | SHI | | $0.00 | $0.00 | $0.34 | $0.00 |
| 20040614 09:16 | ML - Mail | 2949246 | | SHI | ~POSTAL# 06447103615~DEAN, TIFFANY, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040615 22:30 | CN - Canteen | 2957326 | | SHI | ~Canteen Date : 20040615 | $0.00 | $18.32 | $0.00 | $0.00 |
| 20040618 09:55 | ML - Mail | 2975441 | | SHI | ~POSTAL 06447109296 PO 027451 ~DEAN, TIFFANY, , | $15.00 | $0.00 | $0.00 | $0.00 |
| 20040622 22:30 | CN - Canteen | 2986932 | | SHI | ~Canteen Date : 20040622 | $0.00 | $13.19 | $0.00 | $0.00 |
| 20040623 13:03 | AT - Account Transfer | 2989802 | | SHI | ~HAIRCUT~W67352 PRIDGEN,SATRON  PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20040623 13:11 | IC - Transfer from Inmate to Club A/c | 2989848 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040628 11:34 | EX - External Disbursement | 3008367 | 45063 | SHI | ~GIFTS ~CELL SHOP | $0.00 | $106.00 | $0.00 | $0.00 |
| 20040629 22:30 | CN - Canteen | 3014413 | | SHI | ~Canteen Date : 20040629 | $0.00 | $18.14 | $0.00 | $0.00 |
| 20040702 08:33 | ML - Mail | 3032616 | | SHI | ~POSTAL# 06447111254~DEAN, TIFFANY, , | $10.00 | $0.00 | $0.00 | $0.00 |
| 20040706 22:30 | CN - Canteen | 3040083 | | SHI | ~Canteen Date : 20040706 | $0.00 | $19.30 | $0.00 | $0.00 |
| 20040709 09:41 | IC - Transfer from Inmate to Club A/c | 3062767 | | SHI | ~DENTIST 7/2/04~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040709 09:41 | AT - Account Transfer | 3062765 | | SHI | ~MED COPAY~W67352 PRIDGEN,SATRON  PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20040713 17:10 | IS - Interest | 3073771 | | SHI | | $0.20 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3073772 | | SHI | | $0.00 | $0.00 | $0.37 | $0.00 |
| 20040714 08:52 | ML - Mail | 3088631 | | SHI | ~POSTAL 07136201654 PO 027451 ~DEAN, TIFFANY, , | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040714 22:30 | CN - Canteen | 3094654 | | SHI | ~Canteen Date : 20040714 | $0.00 | $5.95 | $0.00 | $0.00 |
| 20040723 08:45 | VI - Visitation | 3135984 | | SHI | ~CUMBERLAND FARMS/TRAV EXP 87676293793 ~PRIDGEN, JOSEPH, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040728 13:25 | EX - External Disbursement | 3148574 | 45452 | SHI | ~Phone bill~Bonija Carrasquillo | $0.00 | $45.00 | $0.00 | $0.00 |
| 20040802 12:08 | EX - External Disbursement | 3167706 | 45495 | SHI | ~B-DAY GIFT ~DAMARIS VELAZQUEZ | $0.00 | $50.00 | $0.00 | $0.00 |
| 20040803 12:34 | IC - Transfer from Inmate to Club A/c | 3171748 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040803 12:34 | AT - Account Transfer | 3171747 | | SHI | ~HAIRCUT~W67352 PRIDGEN,SATRON  PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20040811 17:03 | IS - Interest | 3207834 | | SHI | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3207835 | | SHI | | $0.00 | $0.00 | $0.44 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20041008 13:54

| | | | |
|---|---|---|---|
| Commit# : | W67352 | MCI SHIRLEY (MEDIUM) | Page :    3 |
| Name   : | PRIDGEN, SATRON, , | Statement From    20040401 | |
| Inst   : | MCI SHIRLEY (MEDIUM) | To    20041008 | |
| Block   : | C-1 | | |
| Cell/Bed : | 20 /20T | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20040816 08:42 | ML - Mail | 3239109 | | SHI | ~POSTAL# 07136216493~DEAN, TIFFANY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040816 08:43 | ML - Mail | 3239110 | | SHI | ~POSTAL# 07347058255~BEASLEY, MARY, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040817 13:40 | IC - Transfer from Inmate to Club A/c | 3244870 | | SHI | ~MD & MEDS 7/26/04~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20040823 09:44 | ML - Mail | 3268384 | | SHI | ~TRAV EXP 53223951330 ~DEAN, TIFFANY, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040827 14:53 | IC - Transfer from Inmate to Club A/c | 3294155 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040827 14:53 | AT - Account Transfer | 3294154 | | SHI | ~HAIRCUT~W67352 PRIDGEN,SATRON  PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20040831 22:30 | CN - Canteen | 3302046 | | SHI | ~Canteen Date : 20040831 | $0.00 | $49.30 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334071 | | SHI | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3334072 | | SHI | | $0.00 | $0.00 | $0.49 | $0.00 |
| 20040915 13:31 | IC - Transfer from Inmate to Club A/c | 3376752 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040915 13:31 | AT - Account Transfer | 3376751 | | SHI | ~HAIRCUT~W67352 PRIDGEN,SATRON  PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20040924 10:00 | IC - Transfer from Inmate to Club A/c | 3420447 | | SHI | ~DENSTIST 9/17/04~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20040924 10:00 | AT - Account Transfer | 3420446 | | SHI | ~MED COPAY~W67352 PRIDGEN,SATRON  PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20041001 14:31 | AT - Account Transfer | 3448230 | | SHI | ~HAIRCUT~W67352 PRIDGEN,SATRON  PERSONAL | $1.50 | $0.00 | $0.00 | $1.50 |
| 20041001 14:32 | IC - Transfer from Inmate to Club A/c | 3448231 | | SHI | ~HAIRCUT~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| | | | | | | $648.35 | $698.71 | $56.22 | $13.50 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $75.39 | $268.29 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $75.39 | $268.29 | $0.00 | $0.00 | $0.00 | $0.00 |