# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 04-1917
DC No. 04-cv-10035

SATRON PRIDGEN,
Petitioner, Appellant,

V.

PAUL VERDINI, SUPERINTENDENT
MASSACHUSETTS CORRECTIONS INSTITUTE AT SHIRLEY,
Respondent, Appellee.

---

### JUDGMENT

**Entered: July 22, 2005**

On March 22, 2005, and April 20, 2005, this court notified appellant that this case could not go forward unless a certificate of appealability issues. The appellant was directed to file an application for a certificate of appealability in the district court and to file a status report with this court.

On May 25, 2005, the appellant was directed to file in the district court his application for a certificate of appealability and file a status report in the court of appeals on or before **June 8, 2005** or this appeal may be dismissed for want of diligent prosecution. (See Local Rule 45.)

A review of the district court docket sheet does not reflect the filing of an application for a certificate of appealability nor has this court received the status report due on June 8, 2005. This case is, therefore, dismissed for want of diligent prosecution in accordance with Local Rule 45.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: AUG 1 2 2005

By the Court:

Richard Cushing Donovan, Clerk

By: **JULIE GREGG**
Operations Manager

[cc: Messrs. Pridgen, Meade, Ms. Reardon]