September 28, 2005                Shmuel David
                                 Reg. No. 16834-038
                                 F.C.I. Fort Dix
                                 P. O. Box 2000
                                 Fort Dix, New Jersey 08640

Clerk of the Court
U.S. District Court
1 Court-Way, Suite 2300
Boston, MA   02210

Re:  U.S. v. David, Criminal No. 88-154
     U.S. v. David, Civil No. 94-CV10035
     Honorable Nancy Gertner

Dear Sir/Madame:

     I filed the two (2) above caption matters on or about

March 13, 2005.  Please let me know the status of these two

matters.  I'll take this opportunity to thank you for what-

ever assitance you can render.

                        Respectfully,

                        Shmuel David
                        Shmuel David